

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00424-CR

Estaban **PINON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1263-CR-B
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 5, 2018.

_____
Marialyn Barnard, Justice